FILED'04 NOV 17 10:29USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 98-573-01-HA |
| | ) | |
| v. | ) | AMENDED ORDER REVOKING |
| | ) | SUPERVISED RELEASE TERM |
| MICHAEL FELIX MAGANA | ) | AND IMPOSING SENTENCE |
| | ) | |
| Defendant. | ) | |

On May 6, 1999, The Honorable James A. Redden sentenced defendant to the custody of the Bureau of Prisons for a period of 18 months to be followed by a 5-year term of supervised release subject to standard and special conditions. The term of supervised release began May 30, 2001.

On July 2, 2003, The Honorable James A. Redden issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On March 25, 2004, The Honorable James A. Redden issued an Amended Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant had further violated the conditions of release.

///

*ORDER—MAGANA, MICHAEL FELIX  Page 1*

1   On September 20, 2004, defendant appeared with counsel at a hearing to determine whether
2   defendant's supervised release should not be revoked. The Court found the defendant had violated
3   the conditions of supervised release by committing a new law violation of Felon in Possession of a
4   Firearm. No findings were made regarding new law violations of Transportation of a Controlled
5   Substance, Possession of a Controlled Substance, and Illegal Re-entry.
6   It is the finding of the Court that defendant violated the conditions of supervised release.
7   It now appearing to the Court defendant is no longer suitable for continued community
8   supervision,
9   **IT IS ORDERED** defendant's term of supervised release is revoked and defendant is
10  committed to the custody of the Bureau of Prisons for a period of 8 months consecutive to the
11  undischarged term of imprisonment in case number CR 04-192-01-HA. No reimposition of
12  supervised release is ordered.
13  **DATED** this _16_ day of November, 2004.

The Honorable Ancer L. Haggerty
Chief U.S. District Judge

*ORDER—MAGANA, MICHAEL FELIX Page 2*