FILED'11 JAN 27 10:50USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

UNITED STATES OF AMERICA,                                        CR 98-573  RE

        Plaintiff,

    v.                                       ANSWER OF GARNISHEE

MICHAEL FELIX MAGANA,

        Defendant.

    and

OREGON DEPARTMENT OF REVENUE,

        Garnishee.


STATE OF OREGON           )
                        ) ss.
COUNTY OF               )

_Lisa Pineda-Volk_ BEING DULY SWORN DEPOSES AND SAYS:

That the Garnishee herein, doing business in the name of: Oregon Department of Revenue,

Attn: Lisa Pineda-Volk, Director's Office, 955 Center Street NE, Salem, OR 97310.

On the 21 day of December, 2010, Garnishee was served with the Writ of Continuing Garnishment.

Further, Affiant-Garnishee states as follows:

Yes No

___ ✓ 1. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

___ ✓ 2. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

___ ✓ 3. Unable to determine at this time.  Any funds due will be forwarded at a later date.

___ ✓ 4. Are there currently garnishments in effect?  (If the answer is yes, describe below.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant, Michael Felix Magana, 2621 SE 112th Avenue, Portland, OR 97266, and (2) the attorney for the United States, United States Attorney, District of Oregon, Attention: Robert D. Nesler, Assistant U. S. Attorney, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204.

_Lisa Rheda-Volk_
Oregon Department of Revenue Garnishee

SUBSCRIBED AND SWORN TO before me this 25th day of January 2010.

_Noemi Garcia_
Notary Public
My Commission Expires: ___9-13-2014___

OFFICIAL SEAL
NOEMI GARCIA
NOTARY PUBLIC-OREGON
COMMISSION NO. 452188
MY COMMISSION EXPIRES SEPTEMBER 13, 2014

Page 2 -    Answer of Garnishee
            U.S. v. Magana, 98-CR-573 RE